FORM orsc521 (04/16)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re: Gail Angenette Johnson
SSN/ITIN: xxx–xx–9586
  Debtor

Bankruptcy Case No.: 19–10132–KKS

Chapter: 7
Judge: Karen K. Specie

*ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO COMPLY WITH REQUIREMENTS OF SECTION 521 OF THE BANKRUPTCY CODE*

On May 28, 2019, the debtor(s) filed a Voluntary Petition. It appears that the debtor(s) has failed to file or provide all information required pursuant to 11 U.S.C. § 521(a)(1) within forty–five (45) days after the date of filing the petition as required by 11 U.S.C. § 521(i). The Bankruptcy Code provides that "[I]f an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under subsection (a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the filing of the petition."[1] Accordingly, it is

ORDERED:

1. The deadline for the debtor(s) to file or provide the information required by § 521(a)(1) was July 12, 2019.

2. The debtor(s) shall submit the missing information or show cause, in writing, within fourteen (14) days from the date of this Order why this case should not be dismissed. Failure to comply with this Order may result in this case being dismissed.

The Clerk is authorized to determine whether this Order to Show Cause has been satisfied upon the filing of the required document(s).

**DONE AND ORDERED** on July 15, 2019.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**SERVICE:** Service by the Court to parties in interest

---

[1] 11 U.S.C. § 521(i)(2014). *See, In re Soto,* 491 B.R. 307 (1st Cir. BAP 2013).